IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GARY HALL, JR., | ) | No. C 07-3580 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| BEN CURRY, et al., | ) | |
| Respondents. | ) | |

    The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 8/27/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Hall580jud    1

1  This is to certify that on _____8/28/2007_____, a copy of this ruling was mailed to the following:

2

3  Richard Gary Hall, Jr.
   C-07278
4  Correctional Training Facility - Soledad
   P.O. Box 705
5  Soledad, CA  93960-0705